UNITED STATES of America, Plaintiff—Appellee,

v.

Robert JONES, Defendant—Appellant.

No. 10–6875.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 7, 2010.

Robert Jones, Appellant Pro Se. Lawrence Joseph Leiser, Steven Donald Mellin, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Jones appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. Jones,* No. 1:08–cr–00001–JCC–4 (E.D. Va. June 10, 2010); *United States v. Hood,* 556 F.3d

226 (4th Cir.), *cert. denied,* —— U.S. ——, 130 S.Ct. 321, 175 L.Ed.2d 212 (2009) (noting that defendant convicted of a crack offense, but sentenced pursuant to a mandatory statutory minimum sentence, is ineligible for a reduction under § 3582(c)(2)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*